UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DANIEL ZAGORIA, On Behalf of Himself And All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>NEW YORK UNIVERSITY,<br><br>Defendant. | **Case No.: 1:20-CV-3610-GBD** |

**PLAINTIFF DANIEL ZAGORIA'S NOTICE OF MOTION AND MOTION FOR CONSOLIDATION AND APPOINTMENT OF HIS COUNSEL AS INTERIM CLASS COUNSEL**

**TO ALL PARTIES AND COUNSEL OF RECORD IN ALL THE RELATED ACTIONS:**

PLEASE TAKE NOTICE THAT Plaintiff Daniel Zagoria hereby moves under Federal Rule of Civil Procedure 42(a) for consolidation of all pending related class actions against New York University and appointment of his counsel—The Katriel Law Firm, P.C. and The Kalfayan Law Firm, APC— as Interim Class Counsel under Federal Rule of Civil Procedure 23(g).  The actions sought to be consolidated are: *Zagoria v. New York University*, No. 1:20-cv-3610-GBD; *Rynasko v. New York University*, No. 1:10-cv-3250-GBD; and, *Morales v. New York University*, No. 1:20-cv-4418-GBD.  This motion is based on the Memorandum of Points and Authorities filed herewith and the Declaration of Roy A. Katriel and its exhibits.  A Proposed Order is attached.

Dated: June 16, 2020    Respectfully submitted,

THE MEHDI FIRM
/s/ Azra Mehdi
Azra Mehdi (AM-9719)
**THE MEHDI FIRM, P.C.**
347 5th Avenue, Suite 1402
New York, NY 10016
Telephone: (415) 293-8039
e-mail: azram@themehdifirm.com

Roy A. Katriel, Esq. (*pro hac vice* to be filed)
**THE KATRIEL LAW FIRM, P.C.**
2262 Carmel Valley Road, Suite 201
Del Mar, CA  92014
Telephone: (619) 363-3333
e-mail: rak@katriellaw.com

Ralph B. Kalfayan, Esq. (*pro hac vice* to be filed)
e-mail: ralph@rbk-law.com
Veneeta Jaswal, Esq. (*pro hav vice* to be filed)
e-mail: veneeta@rbk-law.com
**THE KALFAYAN LAW FIRM, APC**
2262 Carmel Valley Road, Suite 200
Del Mar, CA 92014
Telephone: (619) 232-0331

*Counsel for Plaintiff Daniel Zagoria and the Putative Class*