UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DANIEL ZAGORIA, On Behalf of Himself And All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>NEW YORK UNIVERSITY,<br><br>Defendant.<br><br>Related Cases<br>*Rynasko v. New York University,*<br>   No. 1:20-cv-03250-GBD<br>*Morales et al v. New York University,*<br>   No. 1:20-cv-04418-GBD<br>*Romankow v. New York University,*<br>   No. 1:20-cv-04616-GBD | No. 1:20-cv-03610-GBD<br><br>Judge George B. Daniels |

## DECLARATION OF JOSEPH I. MARCHESE IN SUPPORT OF JOINT RESPONSE BY PLAINTIFFS RYNASKO, MORALES, AND GUIDRY TO PLAINTIFF ZAGORIA'S MOTION FOR CONSOLIDATION AND APPOINTMENT OF HIS COUNSEL AS INTERIM CLASS COUNSEL

I, Joseph I. Marchese, declare as follows.

1. I am a partner at Bursor & Fisher, P.A., counsel for Plaintiff in the *Rynasko v. New York University,* No. 1:20-cv-3250, matter pending before this court.

2. I make this declaration in support of the Joint Response by Plaintiffs Rynasko, Morales, and Guidry To Plaintiff Zagoria's Motion for Consolidation and Appointment of His Counsel as Interim Class Counsel.

3. Attached as **Exhibit A** is a true and correct copy of the *Romankow* class action complaint filed in No. 1:20-cv-04616-GBD.

1

4. Attached as **Exhibit B** is a true and correct copy of a printout from Defendant New York University's website titled "NYU Summer" available at https://www.nyu.edu/students/student-information-and-resources/registration-records-and-graduation/nyu-summer.html (last visited June 24, 2020).

I declare under penalty of perjury that the foregoing is true and correct. Executed this 30th day of June, 2020.

By:   <i>Joseph I. Marchese</i><br>Joseph I. Marchese