**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

DANIEL ZAGORIA, *on behalf of himself and all*
*others similarly situated,*

                    Plaintiff,

    -against-

NEW YORK UNIVERSITY,

                    Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

ORDER

20 Civ. 3610 (GBD) (SLC)

GEORGE B. DANIELS, District Judge:

The October 15, 2020 initial conference is cancelled.  This Court will hear oral argument on Defendant's motion to dismiss the complaint, (ECF No. 29), on October 15, 2020 at 10:30 a.m.

Defendant's request to stay discovery, (ECF No. 32), is granted to the extent that Defendant must file any objections to Plaintiff's discovery request by August 31, 2020.  Any additional productions of discovery are stayed until Magistrate Judge Cave issues a decision on any objections.

Dated: August 11, 2020
      New York, New York

SO ORDERED.

GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE