**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------- x

DANIEL ZAGORIA, *on behalf of himself and all others similarly situated*,

                                  Plaintiff,

-against-

NEW YORK UNIVERSITY,

                                  Defendant.

------------------------------------- x

MEMORANDUM DECISION
AND ORDER

20 Civ. 3610 (GBD) (SLC)

GEORGE B. DANIELS, United States District Judge:

    The October 15, 2020 oral argument on Defendant's motion to dismiss, (ECF No. 29), is cancelled. This Court will hear argument on *only* Plaintiff's motion to consolidate and appoint lead counsel, (ECF No. 7), on November 12, 2020 at 9:45 a.m.

Dated: New York, New York
       October 8, 2020

SO ORDERED.

*[signature]*

GEORGE B. DANIELS
United States District Judge