**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------ x

DANIEL ZAGORIA, *on behalf of himself and all others similarly situated*,

                      Plaintiff,

    -against-

NEW YORK UNIVERSITY,

                      Defendant.

------------------------------------------ x

ORDER

20 Civ. 3610 (GBD) (SLC)

GEORGE B. DANIELS, United States District Judge:

For the reasons stated on the record during today's oral argument, Plaintiff's motion for consolidation and appointment as interim class counsel, (ECF No. 7) is DENIED without prejudice. The Court will hear oral argument on Defendant's motion to dismiss, (ECF No. 29), on January 21, 2021 at 10:30 a.m. The Court will also hear argument at that time on Defendant's motion to dismiss in *Rynasko v. New York University* (20-cv-3250, ECF No. 31); 20-cv-4418, *Morales v. New York University* (20-cv-4418, ECF No. 34), and *Romankow et al v. New York University* (20-cv-4616, ECF. No. 29).

Dated: New York, New York
        November 12, 2020

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge