**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------ x

DANIEL ZAGORIA, *on behalf of himself and all others similarly situated,*

        Plaintiff,

  -against-         20 Civ. 3610 (GBD) (SLC)

NEW YORK UNIVERSITY,

        Defendant.

------------------------------------ x

GEORGE B. DANIELS, District Judge:

A status conference is scheduled for March 25, 2021 at 10:30 a.m.

Dated: January 25, 2021
   New York, New York

           SO ORDERED.

           */s/ George B. Daniels*
           GEORGE B. DANIELS
           UNITED STATES DISTRICT JUDGE