**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
DANIEL ZAGORIA, on behalf of himself and
all others similarly situated,

                    Plaintiff,

          -against-                                    20 **CIVIL** 3610 (GBD)(SLC)

                                                       **JUDGMENT**

NEW YORK UNIVERSITY,

                    Defendant.
------------------------------------------------------------X

          It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Memorandum Decision Order dated March 17, 2021, Defendant's motion to

dismiss is GRANTED.

**Dated:**  New York, New York

          March 17, 2021


                                                  **RUBY J. KRAJICK**
                                          _____
                                                  **Clerk of Court**
                              **BY:**        K. mango
                                          _____
                                                  **Deputy Clerk**